**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JACQUELINE WEVODAU ROHRBAUGH, Plaintiff** | : | **No. 1:25cv2439** |
| | : | **(Judge Munley)** |
| **v.** | : | |
| **LOWER PAXTON TOWNSHIP BUREAU OF POLICE, Harrisburg Area of Dauphin County, Pennsylvania; OFFICER BRYAN KUNKLE, in his official capacity; MICHAEL PATRICK ROHRBAUGH, as an individual and as a de facto government actor, ex-husband of Jacqueline; PETER M. VAUGHN, Attorney – as an individual and as de facto government actor; DANIEL J. DEVLIN, Attorney – as an individual and as a de facto government actor; HON. JEFFREY B. ENGLE, Family Court Judge – in his official capacity; DOES 1-100, unknown individuals or entities who acted in concert with other dfts; GETTLE VAUGHN LAW, LLC; and VAN DER VEEN, HARTSHORN, LEVIN and LINDHEIM, Defendants** | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER**

**AND NOW**, to wit, this 1st day of September, 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** as follows:

1) Defendant's objections, (Doc. 63), are **SUSTAINED IN PART** and **OVERRULED IN PART**.
2) The Report and Recommendation, (Doc. 62), is **ADOPTED** as modified.
3) Defendant Michael Patrick Rohrbaugh's motion to dismiss the amended complaint, (Doc. 26), is **GRANTED IN PART** and **DENIED AS MOOT IN PART**.
4) Defendant Judge Jeffrey B. Engle's motion to dismiss the first amended complaint, (Doc. 33), is **GRANTED IN PART** and **DENIED IN PART**.
5) Defendants, Lower Paxton Township Bureau of Police and Detective Bryan Kunkle's motion to dismiss plaintiff's amended complaint pursuant to FED. R. CIV. P. 12(b)(6), (Doc. 36), is **GRANTED IN PART** and **DENIED AS MOOT IN PART**.
6) Defendant Daniel J. Devlin's motion to dismiss plaintiff's amended complaint, (Doc. 38), is **GRANTED IN PART** and **DENIED AS MOOT IN PART**.
7) Peter M. Vaughn and Gettle Vaughn Law, LLC's motion to dismiss, (Doc. 44), is **GRANTED IN PART** and **DENIED AS MOOT IN PART**.
8) The motion to dismiss plaintiff's complaint pursuant to FED. R. CIV. P. 12(b)(6) filed by Defendant van der Veen, Hartshorn, Levin, and Lindheim, (Doc. 46), is **DENIED AS MOOT**.

9) Causes of action 1-6 are dismissed with prejudice as to all defendants.

10) Causes of action 7-13 are dismissed without prejudice as to all defendants.

11) The Clerk of Court is directed to close this case.

**Date:** 9/1/26

**BY THE COURT:**

**JUDGE JULIA K. MUNLEY**
**United States District Court**